IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JAMES EDWARD COLEMAN                                                         PLAINTIFF

V.                                          NO.  3:06cv00103 GTE

CRAIGHEAD COUNTY, ARKANSAS                                          DEFENDANT

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing Plaintiff's complaint in its entirety, without prejudice, as frivolous and failing to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B).

IT IS SO ORDERED this 24th day of October, 2006.


_/s/ Garnett Thomas Eisele____
UNITED STATES DISTRICT JUDGE